# Court of Appeals
# of the State of Georgia

ATLANTA, March 24, 2016

*The Court of Appeals hereby passes the following order*

**A16I0151. FSQ, INC., et al. v. KENYA CABINE, AS NEXT FRIEND FOR REBECCA N.T. CABINE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

STCV1500167



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, March 24, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*